UNITED STATES COURT OF APPEALS
FOR THE
SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 2nd day of October, two thousand twenty-four,

_____

A. H., by her next friend E.H., et al.,

    Plaintiff - Appellants,

E. B., M. W., by his next friend T.D., J. D. C., J. P. S., by his next friend S.S., M. F., O. A., M. Y., by his next friend B.L., C. H.,

    Intervenor-Plaintiffs - Appellants,

v.

New York State Department of Health, et al.,

    Defendants - Appellees.

_____

**ORDER**
Docket No. 24-725 (L)

    Appellants move for an enlargement of oral argument time.

    IT IS HEREBY ORDERED that the motion is GRANTED in part . The argument time is allotted as follows: A.H., et al: 9 mins, Disability Rights New York et al: 6 mins and New York State Department et al 15 mins.

    For The Court:
    Catherine O'Hagan Wolfe,
    Clerk of Court